Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Chapman L. Noam
Assistant Federal Public Defender
Nev. Bar No. 16291; Cal. Bar No. 349965
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Chapman_Noam@fd.org

*Attorney for Petitioner Edilberto Balverde Arellano

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Edilberto Balverde Arellano,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02439-CDS-EJY

**Order Granting Unopposed Motion for Extension to File First Amended 28 U.S.C. § 2241 Petition and Motion to Proceed *in forma pauperis***

[ECF No. 8]

**Introduction**

Petitioner Edilberto Balverde Arellano initiated these proceedings by mailing a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241 to the Court on or about August 7, 2026.[1] This Court appointed the Federal Public Defender, District of Nevada, to represent Balverde Arellano.[2] This Court further ordered the government to produce certain records, or certify that those records are not in their possession, custody, or control.[3] Finally, this Court ordered Balverde Arellano to file a counseled amended petition by September 2, 2026.[4] On August 26, 2026, the government produced five documents—an I-213 form; an I-862 notice; an I-286 form; a *Jacobo Ramirez* class member form; and an I-200 warrant. The government certified in an email to undersigned counsel's support staff that the documents provided were "the only documents in our possession, custody or control at this time."

Undersigned counsel requires more time to prepare an Amended Petition in this case. The reasons for this extension include that more time is needed to gather information and that, based on information and belief, Balverde Arellano is in the process of requesting a bond hearing from the Las Vegas Immigration Court. Therefore, Balverde Arellano requests a two-week extension of time to file the amended petition.

The immigration court's record of proceedings, bond determination, and the way it reached that determination would dictate the content of Petitioner's amended petition. Thus, Counsel requests an extension of time of two weeks to file

[1] ECF No. 1-1.

[2] ECF No. 3 at 1-2.

[3] *Id.* at 2.

[4] *See id.*

the amended petition, which is currently due today, September 9, 2026. This motion is not filed for the purpose of delay, but in the interests of justice as well as the interest of Petitioner. Undersigned counsel has been diligently working on this matter but requires additional time for Petitioner to receive a bond hearing and to obtain the resulting immigration court records before he can identify what, if any, issues are appropriate for Balverde Arellano's amended petition.

Under this Court's local rules, undersigned counsel emailed counsel for Respondents, AUSA Tamer Botros, on September 9, 2026, to confer about this request for an extension. Counsel for Respondents responded that they did not oppose Petitioner's extension request. Therefore, Balverde Arellano respectfully requests the Court grant the motion and order that the amended petition is due by September 23, 2026.

Dated September 9, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Chapman L. Noam*
Chapman L. Noam
Assistant Federal Public Defender

**Order**

The petitioner's unopposed motion for extension of time to file a first amended petition and application to proceed *in forma pauperis* **[ECF No. 8] is granted**. The deadline is extended to September 17, 2026.

Cristina D. Silva
United States District Judge

Dated: September 10, 2026